**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | | |
|---|---|---|---|
| In Re: | ROBERT A PUETZ<br>JILL A THOMPSON PUETZ | §<br>§<br>§ | Case No.: 09-32754 |
| | | §<br>§ | |
| | Debtor(s) | § | |

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/02/2009.

2) This case was confirmed on 10/28/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/28/2009, 10/28/2009, 03/17/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/15/2009, 08/30/2010.

5) The case was converted on 09/28/2010.

6) Number of months from filing to the last payment: 8

7) Number of months case was pending: 14

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 35,792.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 1,720.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 1,720.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,597.89 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 122.11 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,720.00 |
| Attorney fees paid and disclosed by debtor | $ 1,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PEOPLES GAS LIGHT & | UNSECURED | 624.00 | 215.78 | 215.78 | .00 | .00 |
| CANDICA LLC | UNSECURED | NA | 1,087.55 | 1,087.55 | .00 | .00 |
| PHARIA LLC | UNSECURED | 587.00 | 587.95 | 587.95 | .00 | .00 |
| GMAC MORTGAGE | SECURED | 345,447.00 | 312,833.07 | .00 | .00 | .00 |
| GMAC MORTGAGE | SECURED | .00 | 45,779.74 | .00 | .00 | .00 |
| HOMECOMINGS FINANCIA | OTHER | NA | NA | NA | .00 | .00 |
| HOMECOMINGS FINANCIA | OTHER | NA | NA | NA | .00 | .00 |
| ACL INC | UNSECURED | 315.00 | 214.73 | 214.73 | .00 | .00 |
| ACCOUNT RECOVERY SER | OTHER | .00 | NA | NA | .00 | .00 |
| KELLER GRADUATE SCHO | UNSECURED | 5,866.00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 3,724.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | OTHER | .00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 1,538.00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 7,308.00 | NA | NA | .00 | .00 |
| ATLANTIC CARD | OTHER | .00 | NA | NA | .00 | .00 |
| ATLANTIC CREDIT & FI | OTHER | .00 | NA | NA | .00 | .00 |
| ATLANTIC CREDIT & FI | OTHER | .00 | NA | NA | .00 | .00 |
| HARVEST CREDIT MANAG | UNSECURED | 1,573.00 | 2,393.54 | 2,393.54 | .00 | .00 |
| BARNES & NOBLE | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 3,591.00 | 3,650.48 | 3,650.48 | .00 | .00 |
| CAREMARK | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| CITGO OIL/CITIBANK | UNSECURED | 685.00 | NA | NA | .00 | .00 |
| CITGO OIL/CITIBANK | UNSECURED | 425.00 | NA | NA | .00 | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITIBANK USA | UNSECURED | 11,761.00 | NA | NA | .00 | .00 |
| CITIBANK USA | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 3,222.00 | 3,265.13 | 3,265.13 | .00 | .00 |
| COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,990.00 | 3,035.87 | 3,035.87 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 766.00 | 770.68 | 770.68 | .00 | .00 |
| COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 3,120.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 602.00 | NA | NA | .00 | .00 |
| CURASCRIPT PHARMACY | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| DIRECT MERCHANTS BAN | UNSECURED | 3,252.00 | NA | NA | .00 | .00 |
| EDFINANCIAL SERVICES | UNSECURED | 7,720.00 | .00 | .00 | .00 | .00 |
| EDFINANCIAL SERVICES | UNSECURED | 6,772.00 | .00 | .00 | .00 | .00 |
| CR EVERGREEN | UNSECURED | 2,852.00 | 2,852.47 | 2,852.47 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 150.00 | 139.38 | 139.38 | .00 | .00 |
| GHAZANFARI & OLIVERA | UNSECURED | 216.00 | NA | NA | .00 | .00 |
| HEAD & NECK AND COSM | UNSECURED | 750.00 | NA | NA | .00 | .00 |
| SAFECO OF AMERICA | UNSECURED | 240.00 | NA | NA | .00 | .00 |
| IC SYSTEM | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE ILLINOIS MA | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE ILLINOIS MA | UNSECURED | 61.00 | NA | NA | .00 | .00 |
| ORLAND MEDICAL IMAGI | UNSECURED | 470.00 | NA | NA | .00 | .00 |
| WELLINGTON RADIOLOGY | UNSECURED | 89.00 | NA | NA | .00 | .00 |
| KCA FINANCIAL SERVIC | OTHER | .00 | NA | NA | .00 | .00 |
| LHR INC | UNSECURED | 6,622.00 | 6,677.08 | 6,677.08 | .00 | .00 |
| LHR INC | OTHER | .00 | NA | NA | .00 | .00 |
| M RAMEZ SALEM MD & A | UNSECURED | 27.00 | NA | NA | .00 | .00 |
| DEPT STORES NATL BK/ | UNSECURED | 1,153.00 | 1,152.86 | 1,152.86 | .00 | .00 |
| MIDWEST DIAGNOSTIC P | UNSECURED | 12.00 | NA | NA | .00 | .00 |
| ILLINOIS MASONIC MED | UNSECURED | 1,102.04 | NA | NA | .00 | .00 |
| MRSI | OTHER | .00 | NA | NA | .00 | .00 |
| PROFESSIONAL CARDIOL | UNSECURED | 940.00 | NA | NA | .00 | .00 |
| NORTHWEST COLLECTORS | OTHER | .00 | NA | NA | .00 | .00 |
| PRIME THERAPEUTICS | UNSECURED | 22.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 960.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS LL | OTHER | .00 | NA | NA | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 13,451.00 | 56,794.65 | .00 | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 11,933.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 8,914.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 8,914.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 7,708.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 5,636.00 | .00 | .00 | .00 | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| THE AVENUE | UNSECURED | 863.00 | NA | NA | .00 | .00 |
| THE BUREAUS INC | UNSECURED | 2,167.00 | 2,210.57 | 2,210.57 | .00 | .00 |
| TNB VISA | UNSECURED | 1,087.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 2,580.00 | NA | NA | .00 | .00 |
| GMAC MORTGAGE CORP | OTHER | NA | NA | NA | .00 | .00 |
| ATLANTIC CREDIT | UNSECURED | NA | 8,028.87 | 8,028.87 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 1,244.51 | 1,244.51 | .00 | .00 |
| ILLINOIS STUDENT ASS | UNSECURED | NA | 15,795.37 | .00 | .00 | .00 |
| SAMS CLUB | OTHER | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 37,527.45 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 1,720.00 | |
| Disbursements to Creditors | $ .00 | |
| **TOTAL DISBURSEMENTS:** | | $ 1,720.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/26/2010

/s/ Tom Vaughn
Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.